O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD VERGARA, | ) | Case No. CV 11-09756 DDP (JCGx) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | ) | |
| JETBLUE AIRWAYS CORPORATION, | ) | [Docket No. 10] |
| | ) | |
| Defendant. | ) | |

Defendant Jetblue Airways Corporation has filed a Notice of Non-Opposition to Plaintiff's Motion to Dismiss Without Prejudice (FRCP 41(a)(2)) ("Motion"). The court therefore GRANTS Plaintiff's Motion and dismisses Plaintiff's Complaint without prejudice.

IT IS SO ORDERED.

Dated: January 10, 2012

DEAN D. PREGERSON
United States District Judge